773 A.2d 143

Cecelia FRANCIS, an Individual, Respondent

v.

C. Crady SWISHER, III, an Individual, Petitioner.

Supreme Court of Pennsylvania.

June 20, 2001.

## ORDER

PER CURIAM:

**AND NOW,** this 20th day of June, 2001, the Petition for Allowance of Appeal is granted on the following issue:

Is the trial court order denying Petitioner's Petition for Relief from Default Judgment appealable as of right pursuant to Pa.R.A.P. 311(a)(1)?

Appeal to be submitted on briefs.